IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS L. STEJSKAL, | ) | 8:10CV332 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JAMES A. LAPHEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. The court has examined the record in this matter, including the Complaint. (Filing No. 1-1, Attach. 1.) The court finds that this matter and Case Nos. 8:10CV199 and 4:10CV3177 "involve some or all of the same issues of fact or arise out of the same transaction." NEGenR 1.4(a)(4)(C)(iii). Case Nos. 8:10CV199 and 4:10CV3177 are assigned to Chief United States District Judge Joseph F. Bataillon.

IT IS THEREFORE ORDERED that:

1. The Clerk of the court is directed to reassign this matter from United States District Judge Richard G. Kopf to Chief United States District Judge Joseph F. Bataillon.

2. The above-captioned case is removed from the pro se docket and the pro se staff shall have no further involvement in this matter.

DATED this 22nd day of December, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.