## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS L. STEJSKAL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV332 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMES A. LAPHEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the court's December 22, 2010, Order finding the above captioned case is related to two other cases involving the same or similar parties and proceeding in this court. See Filing No. 12. Additionally, the consolidated cases appear to be related to and arise from similar law and facts as the above-captioned case. Accordingly, these three cases could be consolidated for all purposes. Despite the court's December 22, 2010, Order, in the above-captioned case, the parties shall have an opportunity to object to consolidation of **Douglas L. Stejskal v. James A. Laphen**, 8:10CV332, with **David G. Ray, et al. v. Gilbert G. Lundstrom, et al.,** 8:10CV199, and **Douglas L. Stejskal v. Gilbert G. Lundstrom,** 4:10CV3177. Accordingly,

**IT IS ORDERED:**

Any party shall have to **on or before January 19, 2011**, to show cause why **Douglas L. Stejskal v. James A. Laphen**, 8:10CV332, should not be consolidated with **David G. Ray, et al. v. Gilbert G. Lundstrom, et al.,** 8:10CV199, and **Douglas L. Stejskal v. Gilbert G. Lundstrom,** 4:10CV3177, for all purposes.

DATED this 23rd day of December, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge